IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAVERFORD SQUARE PROPERTIES, LLC,<br>　　　*Plaintiff,*<br><br>　　v.<br><br>TRISURA SPECIALTY INSURANCE COMPANY,<br>　　　*Defendant.* | Civil No. 23-1847 |

## ORDER

**AND NOW**, this 23rd day of January, 2026, upon consideration of Defendant's Motion to Preclude the Testimony of Plaintiff's Expert, Tim Sass (ECF No. 26) and all corresponding briefing, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARY KAY COSTELLO
　　　　　　　　　　　　　　　　　　United States District Judge